98

912 A.2d 205

Robert SPRUILL, Appellant,

v.

Edward KLEM, Superintendent, Richard Spaid, Unit Manager, and Gloria Burda, Record Supervisor, Pennsylvania's Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**

912 A.2d 206

OLD FORGE SCHOOL DISTRICT, Lawrence S. Herman, D.C., Nachas, Inc., Jason H. Herman, Robert Petty, R.G. Petty Masonry, on Behalf of Themselves and all Others Similarly Situated

v.

HIGHMARK INC., d/b/a Highmark Blue Cross Blue Shield and Pennsylvania Blue Shield, a Non–Profit Pennsylvania Corporation, Hospital Service Association of Northeastern Pennsylvania, d/b/a Blue Cross of Northeastern Pennsylvania, Commonwealth of Pennsylvania, Insurance Department and Insurance Commissioner of the Commonwealth of Pennsylvania

Appeal of Lawrence S. Herman, D.C., Nachas, Inc., and Jason H. Herman, on Behalf of Themselves and all Others Similarly Situated.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.

912 A.2d 206

## PITT OHIO EXPRESS

v.

## WORKERS' COMPENSATION APPEAL BOARD (WOLFF)

**Appeal of Duane Wolff.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2006.

Decided Dec. 27, 2006.

